# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| WELLS FARGO, NATIONAL ASSOCIATION, | Case No. 2:17-cv-00693-APG-CWH |
|---|---|
| Plaintiff, | **ORDER DENYING WITHOUT PREJUDICE MOTION TO DISMISS** |
| v. | |
| SFR INVESTMENTS POOL 1, LLC, *et al.*, | (ECF No. 12) |
| Defendants. | |

In light of the stay in this case (ECF No. 5),

IT IS ORDERED that defendant Saddle Ridge Homeowners Association's motion to dismiss **(ECF No. 12) is DENIED without prejudice** to refile once the stay is lifted.

DATED this 8th day of June, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE